# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| BRANDON A. BEAUFORD,  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JEFFREY RIEMS, EAN HOLDINGS, LLC,  )<br>and JOHN DOES 1-10,  )<br>  )<br>    Defendants.  ) | No. 2:24-cv-02695-SHL-cgc |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's complaint (ECF No. 1), filed September 24, 2024,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal with Prejudice (ECF No. 44), filed August 5, 2025, all of Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

August 5, 2025
Date